PHILLIP A. TALBERT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for the United States
States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GARCIA,<br><br>                      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                      Defendants. | CASE NO. 1:22-CV-01074-TLN-AC<br><br>**ORDER FOR REFERRAL TO SETTLEMENT CONFERENCE** |

**<u>ORDER</u>**

Pursuant to the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The parties' stipulation for a settlement conference before the Honorable Dennis M. Cota is APPROVED. This matter is referred to Judge Cota for purposes of conducting a settlement conference and related proceedings.

2. The April 15, 2024 deadline to advise the Court of the status of ADR is vacated. ECF No. 11, p. 2:17-18.

IT IS SO ORDERED.

DATED: February 27, 2024

                                                                      Troy L. Nunley
                                                                        United States District Judge