PHILLIP A. TALBERT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for the United States
States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GARCIA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendants. | CASE NO. 1:22-CV-01074-TLN-AC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MEDICAL EXAMINATIONS PURSUANT TO FED. R. CIV. P. 35** |

Plaintiff Victor Garcia and defendant the United States, by and through their respective counsel, hereby stipulate that plaintiff will undergo the following examinations for purposes of determining the nature and extent of Plaintiff's injuries claimed in this action:

　　　1.　　June 21, 2024 beginning at 9:00 a.m. by Zoom with neurologist and psychiatrist Dr. Mark Strassberg, M.D., for neurological and psychiatric oral interview.

　　　2.　　June 25, 2024 beginning at 8:30 a.m. at 2000 Van Ness Ave., Suite 511, San Francisco, CA 94109 for neuropsychological examination with psychologist, Dr. Ronald H. Roberts, Ph.D., ABPP.

　　　3.　　June 25, 2024 beginning at 2:00 p.m. at 2000 Van Ness Ave., Suite 610, San Francisco, CA 94109 with neurologist and psychiatrist Dr. Mark Strassberg, M.D. for in-person neurological physical examination.[1]

---

[1] A break in the examination by Dr. Roberts will be taken for Plaintiff to attend the examination with Dr. Strassberg. These examinations are conducted in the same building.

4. June 27, 2024 beginning at 10:30 a.m. at 411 30th Street, Suite 403, Oakland, CA 94609 with orthopedic surgeon, Dr. Dave Miles Atkin, M.D.

The parties stipulate that the terms and conditions for each of these exams are attached hereto as Exhibit 1 are acceptable and incorporated into this stipulation and [proposed] order. Additionally, the parties agree that (1) Plaintiff may, at Plaintiff's discretion and cost, arrange for an observer to be present for the June 27, 2024 examination with orthopedic surgeon Dr. Atkin and at the June 25, 2024 examination beginning at 2:00 p.m. for the in-person neurological examination with Dr. Strassberg, and (2) Defendant shall reimburse Plaintiff for the reasonable mileage calculated at the IRS mileage rate, tolls, and parking costs actually incurred with receipts provided to the defense.

By entering this stipulation, the parties do not intend to waive, and expressly reserve, attorney-client privilege or attorney work product protections. This stipulation shall not be construed as requiring the identification of any party's experts or the disclosure of expert work product.

Dated: May 25, 2024

PHILLIP A. TALBERT
United States Attorney

By: */s/ Brendon L.S. Hansen*
BRENDON L.S. HANSEN
Assistant United States Attorney

Dated: May 25, 2024

CARRAZCO LAW, A.P.C.

By: */s/ Christopher L. Holm (auth. 5/25/2024)*
CHRISTOPHER L. HOLM, ESQ.

Attorneys for Plaintiff Victor Garcia

IT IS SO ORDERED.

DATED: May 28, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE