PHILLIP A. TALBERT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for the United States
States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GARCIA,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendants. | CASE NO. 1:22-CV-01074-TLN-AC<br><br>**ORDER VACATING AND<br>RE-SETTING SCHEDULING ORDER** |

**ORDER**

The Court has reviewed the parties' stipulation to vacate and re-set the Scheduling Order (ECF Nos. 11 and 13), and issues the following Scheduling Order:

    1.    Expert disclosure shall be completed by August 27, 2024.

    2.    Rebuttal expert disclosure shall be completed by September 26, 2024.

    3.    Expert discovery closes on November 1, 2024.

IT IS SO ORDERED

DATED: July 15, 2024

Troy L. Nunley
United States District Judge