PHILLIP A. TALBERT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:     (916) 554-2780
Facsimile:     (916) 554-2900

Attorneys for the United States
States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GARCIA,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendants. | CASE NO.  1:22-CV-01074-TLN-AC<br><br>**ORDER VACATING AND RE-SETTING SCHEDULING ORDER** |

## **ORDER**

The Court has reviewed the parties' stipulation to vacate and re-set the Scheduling Order (ECF Nos. 27 and 31), and issues the following order:

1.      Expert discovery closes on December 6, 2024.

2.      The parties shall file a Joint Trial Readiness Statement as described in ECF No. 31 by January 10, 2025.

IT IS SO ORDERED.

Dated:  October 11, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE