PHILLIP A. TALBERT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for the United States
States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| VICTOR GARCIA, | CASE NO. 1:22-CV-01074-TLN-AC |
|---|---|
| Plaintiff, | **ORDER VACATING AND RE-SETTING SCHEDULING ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

**<u>ORDER</u>**

The Court has reviewed the parties' stipulation to vacate and re-set the Scheduling Order (ECF Nos. 34), and issues the following order:

1. Expert discovery closes on February 21, 2025.

2. The parties shall file a Joint Trial Readiness Statement as described in ECF No. 31 by March 21, 2025.

IT IS SO ORDERED.

DATED: November 1, 2024

_____
Troy L. Nunley
Chief United States District Judge