MICHELE BECKWITH
Acting United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for the United States
States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GARCIA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendants. | CASE NO. 1:22-CV-01074-TLN-AC<br><br>**ODRER VACATING AND RE-SETTING SCHEDULING ORDER** |

**<u>ORDER</u>**

The Court has reviewed the parties' stipulation to vacate and re-set the Scheduling Order (ECF No. 37). Good cause appearing, the Court issues the following order:

1. Expert discovery closes on May 21, 2025.

2. The parties shall file a Joint Trial Readiness Statement as described in ECF No. 31 by June 23, 2025.

IT IS SO ORDERED.

Dated: February 6, 2025

_____
Troy L. Nunley
Chief United States District Judge

ORDER　　　　　　　　　　　　1