Angel Carrazco, Jr.   (SBN 230845)
Christopher L. Holm   (SBN 308446)
**CARRAZCO LAW, A.P.C.**
2400 Main Street
Irvine, CA 92614
Telephone:    (714) 541-8600
Facsimile:    (714) 541-8601
Email: angel@carrazcolawapc.com
          chris@carrazcolawapc.com

Attorneys for Plaintiff, VICTOR GARCIA

PHILLIP A. TALBERT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:    (916) 554-2780
Facsimile:    (916) 554-2900

Attorneys for Defendant, UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GARCIA,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendants. | CASE NO.  1:22-CV-01074-TLN-AC<br><br>**ODRER VACATING AND RE-SETTING SCHEDULING ORDER** |

### ORDER

The Court has reviewed the parties' stipulation to vacate and re-set the Scheduling Order (ECF No. 41).  Good cause appearing, the Court issues the following order:

1.     Expert discovery closes on July 31, 2025

2.     The parties shall file a Joint Trial Readiness Statement as described in ECF No. 31 by **September 2, 2025**.

**<u>IT IS SO ORDERED.</u>**

Dated: May 12, 2025

_____
Troy L. Nunley
Chief United States District Judge